# UNITED STATES DISTRICT COURT

District of Massachutsetts

United States of America f/b/o N.B. Kenney Company, Inc.

V.

Roads Corporation, and United States Fidelity and Guaranty Company

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 - 10383 MLW**

TO: (Name and address of Defendant)    Roads Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carolyn M. Francisco, Esq.
Corwin & Corwin, LLP
One Washington Mall
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 2 8 2005

CLERK    DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of Massachutsetts

United States of America f/b/o N.B. Kenney Company, Inc.

SUMMONS IN A CIVIL CASE

V.

Roads Corporation, and United States Fidelity and Guaranty Company

CASE NUMBER:

## 05 - 10383 MLW

TO: (Name and address of Defendant)   Roads Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carolyn M. Francisco, Esq.
Corwin & Corwin, LLP
One Washington Mall
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 28 2005

CLERK

DATE

(By) DEPUTY CLERK