AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

United States of America f/b/o N.B. Kenney Company, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Roads Corporation, and United States Fidelity and Guaranty Company

CASE NUMBER:

**05 10383 MLW**

FILED
CLERKS OFFICE
2005 MAR 11 P 12:36
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant) United States Fidelity and Guaranty Company

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carolyn M. Francisco, Esq.
Corwin & Corwin, LLP
One Washington Mall
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 28 2005

CLERK                                    DATE

(By) DEPUTY CLERK

Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

March 7, 2005

I hereby certify and return that on 3/3/2005 at 11:59AM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Cheryl Cavanaugh, legal asst., , person in charge at the time of service for United States Fidelity & Guaranty Company, at 300 Crown Colony Drive, Quincy, MA 02169. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

Deputy Sheriff Ronald Goguen

*Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.