| CORWIN & CORWIN LLP | Attorneys at Law | JOSEPH M. CORWIN (1908-2002) | JOHN M. CURF... |
|---|---|---|---|
| | | SALLY A CORWIN (1917-2004) | CAROLYN M. F... CISCO** |
| One Washington Mall | Boston, Massachusetts 02108-2693 | JERROLD A. OLANOFF | CHARLES F. A... III |
| Tel: 617•742•3420   Fax: 617•742•2331 | Email: cclip@corwinlaw.com | JON C. MAZUY | EMANUEL N. F... ANIS |
| | | JOSEPH A. PISARRI | JOHN A. McDE... |
| | Email: cfrancisco@corwinlaw.com | EDWIN J. FREMDER | JENNIFER M. I O... |
| | | DAVID E. WILSON | CHRISTOPHE... S  AFFE*** |
| | | | *   Also admit... NH |
| | | | **  Also admit... RI |
| | | | *** Also admit... NY and RI |
| | | *Of Counsel* | |
| | | PETER J. GAGNE | |

October 6, 2005

Mr. Dennis O'Leary
Courtroom Clerk for The Honorable Mark L. Wolf
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210


RE:   UNITED STATES OF AMERICA v. ROADS CORPORATION CO.
      C.A. NO. 05-10383 - MLW

Mr. O'Leary, pursuant to Judge Wolf's September 28, 2005 Memorandum and Order, please e advised that the plaintiff N.B. Kenney Company assents to assignment of this matter to Magis r e Judge Bowler.

Thank you.



CAROLYN M. FRANCISCO/scb

cc:   Andrew Daniels, Esquire




KENWOO(Clk's ltr)(10-6-05).wpd