**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

Andrew W. Daniels
adaniels@haslaw.com

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

October 19, 2005

Mr. Dennis O'Leary
Courtroom Clerk for the Honorable Mark L. Wolf
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

*Re:*   ***United States of America v. Roads Corporation***
        <u>**C.A. No. 05-10383 - MLW**</u>

Dear Mr. O'Leary:

Pursuant to Judge Wolf's September 28, 2005 Memorandum and Order, please be advised that the defendants, Roads Corporation, and United States Fidelity & Guaranty, assent to assignment of this matter to Magistrate Judge Bowler.

Very truly yours,


 /s/  Andrew W. Daniels

Andrew W. Daniels


AWD/kec

cc:    Mr. John Sarao
       Mr. Tom Groseclose
       Carolyn M. Francisco, Esq.