| CORWIN & CORWIN LLP | Attorneys at Law | JOSEPH M. CORWIN<br>(1908-2002)<br>SALLY A CORWIN<br>(1917-2004)<br>JERROLD A. OLANOFF<br>JON C. MAZUY<br>JOSEPH A. PISARRI<br>EDWIN J. FREMDER<br>DAVID E. WILSON<br><br>*Of Counsel*<br>PETER J. GAGNE | JOHN M. CURRAN*<br>CAROLYN M. FRANCISCO**<br>CHARLES F. AHERN III<br>EMANUEL N. BARDANIS<br>JOHN A. McDEVITT<br>JENNIFER M. KOCH<br>KIM ALIPRANTIS•••<br>•   Also admitted in NH<br>••  Also admitted in RI<br>••• Also admitted in NY |
|---|---|---|---|
| One Washington Mall<br>Tel: 617•742•3420   Fax: 617•742•2331 | Boston, Massachusetts 02108-2693<br>Email: ccllp@corwinlaw.com | | |

January 18, 2006


Civil Clerk's Office
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

**ATTN: Mr. Mark Duffy**


RE:   UNITED STATES OF AMERICA f/b/o N.B. KENNEY COMPANY, INC., v. ROADS
      CORPORATION, and UNITED STATES FIDELITY AND GUARANTY COMPANY
      U.S. DISTRICT COURT, NO. 05-CV-10383-MLW

Enclosed for filing please find:

(X)   <u>JOINT MOTION TO CONTINUE STATUS CONFERENCE</u>


*/s/ Carolyn M. Francisco*
CAROLYN M. FRANCISCO

cc: Andrew W. Daniels (with enclosure)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-10383MLW

| | |
|---|---|
| UNITED STATES OF AMERICA f/b/o N.B. KENNEY COMPANY, INC., <u>Plaintiff</u> <br><br> v. <br><br> ROADS CORPORATION, and UNITED STATES FIDELITY AND GUARANTY COMPANY, <u>Defendants</u> | JOINT MOTION TO CONTINUE STATUS CONFERENCE |

The parties jointly move to continue the status conference, scheduled for January 19, 2005, forty-five (45) days. The grounds for this motion are that the parties have settled this claim and are in the process preparing, executing and exchanging the settlement documents. The parties expect to file a Stipulation of Dismissal in this action within the next forty-five days.

For the reasons set forth above, the parties respectfully request that the Court continue the status conference forty-five days.

/S/ *Carolyn M. Francisco*
CAROLYN M. FRANCISCO
B.B.O. #567090
*Counsel for the Plaintiff*
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420

/S/ *Andrew W. Daniels* *Telephonic Assent*
ANDREW W. DANIELS
B.B.O. #552435
*Counsel for the Defendants*
Hinckley, Allen & Synder LLP
28 State Street
Boston, MA 02109
(617) 345-9000


Dated:   January 18, 2006

**CERTIFICATE OF SERVICE**   : A copy of   JOINT MOTION TO CONTINUE STATUS CONFERENCE was e-mailed and mailed, postage prepaid to Andrew W. Daniels, Esquire, Hinckley, Allen and Snyder, LLP, 28 State Street, Boston, MA 02110 on January 18, 2006.

CAROLYN M. FRANCISCO