UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-10383-MLW

| | |
|---|---|
| UNITED STATES OF AMERICA f/b/o N.B. KENNEY COMPANY, INC., <br>    Plaintiff <br><br> v. <br><br> ROADS CORPORATION, and <br> UNITED STATES FIDELITY AND <br> GUARANTY COMPANY, <br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> )     STIPULATION OF DISMISSAL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

     The parties stipulate that all claims and counterclaims are dismissed with prejudice, without costs, and with all rights of appeal waived.  Notwithstanding the foregoing, the parties reserve, and do not waive all rights and defenses regarding any warranty obligations, if any still exist, relating to the HVAC work which N..B. Kenney may have for the Hanscom Air Force Base Project.

/S/ *Carolyn M. Francisco*  
CAROLYN M. FRANCISCO  
B.B.O. #567090  
*Counsel for the Plaintiff*  
Corwin & Corwin LLP  
One Washington Mall  
Boston, MA 02108  
(617)742-3420  

/S/ *Andrew W. Daniels*  
ANDREW W. DANIELS  
B.B.O. #552435  
*Counsel for the Defendants*  
Hinckley, Allen & Synder LLP  
28 State Street  
Boston, MA 02109  
(617) 345-9000  

Dated:   July 20, 2006

**CERTIFICATE OF SERVICE**: A copy of STIPULATION OF DISMISSAL was e-mailed and mailed, postage prepaid to Andrew W. Daniels, Esquire, Hinckley, Allen and Snyder, LLP, 28 State Street, Boston, MA 02110 on July 20, 2006

/S/ *Carolyn M. Francisco*