UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA f/b/o
N.B. KENNEY COMPANY, INC.,
                    Plaintiffs,

v.                                                          CIVIL ACTION
                                                            NO.05-10383-MBB

ROADS CORPORATION, and
UNITED STATES FIDELITY AND
GUARANTY COMPANY,
                    Defendants.


## FINAL JUDGMENT

### August 21,  2006


**BOWLER,  U.S.M.J.**


        In accordance with the Stipulation of Dismissal filed by the parties on July 20, 2006,  it

is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without

costs.  Notwithstanding the foregoing, the parties reserve, and do not waive all rights and

defenses regarding any warranty obligations, if any still exist, relating to the HVAC work which

N.B. Kenney may have for the Hanscom Air Force Base Project as set forth in Docket Entry #11.


                                            /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge